UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
ELECTRONICALLY FILED

MAXINE HAZLEY
    PLAINTIFF

v.                                                                               CASE NO. 3:13-cv-00960-JGH

WAL-MART STORES, INC.
 - and –
BACELINE INVESTMENTS, LLC
    DEFENDANTS

## **AGREED ORDER**

The parties have reached an agreement concerning the claims of the Plaintiff against Defendant, Wal-Mart Stores, Inc. and the Court having fully considered same;

IT IS HEREBY ORDERED AND ADJUDGED that Walmart Stores East, L.P. shall be substituted for Defendant, Wal-Mart Stores, Inc. as the Defendant in this matter. All claims made against Wal-Mart Stores, Inc. in the Plaintiff's Complaint shall be deemed to have been made against Walmart Stores East, LP and all defenses contained in the Answer to the complaint on behalf of Wal-Mart Stores, Inc. shall be deemed to have been made by Walmart Stores East, LP. All of Plaintiff's claims against Wal-Mart Stores, Inc. are hereby dismissed without prejudice.

Plaintiff's claims against Walmart Stores East, L.P. remain.

Entered this the _____ day of _____, 2013.

HAVE SEEN AND AGREED TO:


/s/ Jennifer Kincaid Adams
Jennifer Kincaid Adams
Matt McCubbins
Quintairos, Prieto, Wood & Boyer, P.A.
9300 Shelbyville Road, Suite 400
Louisville, Kentucky 40222
(502) 423-6390
(502) 423-6391 - fax
*Counsel for Defendant*


/s/ Taylor P. Sorrels   (with permission)
Taylor P. Sorrels
Sorrels Law Office
436 S. Seventh Street, Suite 200
Louisville, KY 40203
*Counsel for Plaintiff*


/s/ William E. Cowley, III  (with permission)
William E. Cowley, III
436 S. Seventh Street, Suite 200
Louisville, KY 40203
*Counsel for Plaintiff*